# EXHIBIT A

Uploaded: 2026MAR11 16:21 Filed By:TLYNN on behalf of Bar# 102131 ZSMITH Reference: EF-195617
eFiled: 2026MAR11 PRINCE WILLIAM CC NSADAT at 2026MAR12 08:45 CL26002775-00

VIRGINIA: IN THE CIRCUIT COURT FOR PRINCE WILLIAM COUNTY

BRYAN MILLER,

Plaintiff,

v. Case No. ________________

WALMART, INC.,
1 Customer Drive
Bentonville, AR 72716
SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Ste 285
Glen Allen, VA 23060
(PRIVATE PROCESS)

and

WAL-MART STORES EAST, LP,
1 Customer Drive
Bentonville, AR 72716
SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Ste 285
Glen Allen, VA 23060
(PRIVATE PROCESS)

Defendants.

**COMPLAINT**

COMES NOW, Plaintiff, Bryan Miller, by counsel and moves for judgment against Defendants Walmart, Inc., and Wal-Mart Stores East, LP, in the amount as hereinafter set forth, and states as follows:

1. On or about May 17, 2024, Plaintiff was present at a Walmart Store, located at 17041 Richmond Hwy, Dumfries, VA 22026 (hereinafter "Property").

2. At all times relevant, Defendant Walmart, Inc. owned, operated, and/or managed the Property.

3. At all times relevant, Defendant Wal-Mart Stores East, LP, owned, operated, and/or managed the Property.

4. At that time and place, Plaintiff was legally entitled to be on the premises of the Property.

5. At that time and place, Plaintiff was an invitee on the Property.

6. At that time and place, Plaintiff was walking in a shopping area open to customers.

7. At that time and place, a foreign object was on the floor in a shopping area open to customers.

8. At that time and place, the foreign object created an unsafe condition.

9. At that time and place, Plaintiff was walking through the shopping area.

10. The unsafe condition was caused by Walmart, Inc. and/or Wal-Mart Stores East, LP, or persons acting on their behalf.

11. In the alternative, the unsafe condition had been present long enough that Defendant Walmart, Inc. and/or Wal-Mart Stores East, LP, knew or should have known of the existence of the unsafe condition.

12. Defendant Walmart, Inc. and/or Wal-Mart Stores East, LP, did not warn Plaintiff of the unsafe condition.

13. Defendant Walmart, Inc. and/or Wal-Mart Stores East, LP, did not remove the unsafe condition.

14. The unsafe condition was not open and obvious to Plaintiff given its nature, location, and Plaintiff's reasonable conduct.

15. Plaintiff fell due to the unsafe condition, causing severe injuries.

## NEGLIGENCE

16. At all times relevant, Plaintiff had a right to assume that the subject premises was reasonably safe for his visit.

17. At all times relevant, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, had a duty to use ordinary care to have the premises in a reasonably safe condition for Plaintiff's use.

18. At all times relevant, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, had a duty to use ordinary care to warn Plaintiff of any unsafe condition which Defendants knew or should have known existed.

19. At all times relevant, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, had a duty to make reasonable inspections to determine whether any unsafe conditions existed on the premises.

20. In violation of that duty, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, failed to make reasonable inspections to determine whether any unsafe conditions existed.

21. At that time and place, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, had a duty to use ordinary care to refrain from creating an unsafe condition.

22. In violation of that duty, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, created an unsafe condition.

23. At that time and place, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, had a duty to use ordinary care to remove any unsafe condition which Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, knew or should have known existed.

24. In violation of that duty, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, did not remove the unsafe condition.

25. Despite having these and other duties, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, did not maintain the premises in a reasonably safe condition by allowing the unsafe condition to exist after creation, breaching the duty of care owed to Plaintiff.

26. Despite having these and other duties, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, did not remove the unsafe condition within a reasonable time, breaching the duty of care owed to Plaintiff.

27. Despite having these and other duties, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, did not warn Plaintiff of the unsafe condition.

28. At all times relevant to this action, Defendants Walmart, Inc. and/or Wal-Mart Stores East, LP, was responsible and vicariously liable for the negligence of its employes, agents, and others for whom it bears legal responsibility under a theory of respondeat superior.

29. As a direct and proximate result of Defendants Walmart, Inc's. and/or Wal-Mart Stores East, LP's, negligence, Plaintiff was caused to suffer serious injuries; has incurred and will incur a loss of earnings and earning capacity; has suffered and will suffer in the future pain of body and mind; has incurred and will incur in the future medical and related expenses; and has incurred other damages as allowed by law.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in the sum of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00), plus pre-judgment and post-judgment interest and costs.

Trial by jury is demanded.

BRYAN MILLER

BY: Zachary C Smith
Counsel

Zachary C. Smith (VSB No.: 102131)
MONGE & ASSOCIATES
7204 Glen Forest Drive, Suite 200A
Richmond, Virginia 23226
**Mailing Address**:
8205 Dunwoody Place, Building 19
Atlanta, GA 30350
Telephone/Fax No.: (270) 359-5385
zack.smith@monge.lawyer
*Counsel for Plaintiff*